# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-49768-tjt |
| Tamara Maxwell | Chapter 13 |
| Debtor(s). | Judge Thomas J. Tucker |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Eastern District of Michigan, and enters an appearance on behalf of FCI Lender Services, Inc. as Servicer for TJM Portfolio LLC, in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In Re:                                                Case No. 19-49768-tjt

Tamara Maxwell
Debtor2                                    Chapter 13

Debtor(s).                                 Judge Thomas J. Tucker

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on August 5, 2019 to the following:

Tamara Maxwell, Debtor
9155 Dawes
Detroit, MI 48204-0000

Terrance A. Hiller, Jr., Debtor's Counsel
thiller@fairmaxlaw.com

Tammy L Terry, Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                      /s/ Molly Slutsky Simons
                                                      Molly Slutsky Simons (OH 0083702)
                                                      Attorney for Creditor